| | |
|---|---|
| CHRISTOPHER EUGENE BUCKNER,  )  <br> Plaintiff,  ) <br> ) <br> V.  ) <br> ) <br> UNITED PARCEL SERVICE, INC.,  ) <br> Defendant.  ) | **JUDGMENT IN A CIVIL CASE** <br> **CASE NO. 5:16-cv-644-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

IT IS ORDERED, ADJUDGED, AND DECREED that the court GRANTS defendant's motion to dismiss [D.E. 6] and DENIES plaintiff's motion to remand [D.E. 10].

**This Judgment Filed and Entered on October 6, 2016, and Copies To:**

| | |
|---|---|
| Christopher Eugene Buckner | (Sent to 2941-205 Millbrook Woods Drive Raleigh, NC 27604 via US Mail) |
| Susan Ballantine Molony | (via CM/ECF Notice of Electronic Filing) |

DATE:  
October 6, 2016

JULIE RICHARDS JOHNSTON, CLERK
(By) /s/ Nicole Briggeman
Deputy Clerk