IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CV-644-D

| | | |
|---|---|---|
| CHRISTOPHER EUGENE BUCKNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| UNITED PARCEL SERVICE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

On October 6, 2016, this court dismissed Christopher Eugene Buckner's ("Buckner" or "plaintiff") complaint for failure to state a claim upon which relief can be granted and entered judgment [D.E. 15, 16]. On October 20, 2016, Buckner filed a motion for reconsideration [D.E. 17]. On November 10, 2016, defendant responded in opposition [D.E. 18].

The court has considered Buckner's motion for reconsideration under the governing standard. See Fed. R. Civ. P. 59(e); Zinkand v. Brown, 478 F.3d 634, 637 (4th Cir. 2007); Bogart v. Chapell, 396 F.3d 548, 555 (4th Cir. 2005); Dennis v. Colleton Med. Ctr., Inc., 290 F.3d 639, 653 (4th Cir. 2002); Pac. Ins. Co. v. Am. Nat'l Fire Ins. Co., 148 F.3d 396, 403 (4th Cir. 1998); Hughes v. Bedsole, 48 F.3d 1376, 1382 (4th Cir. 1995). The motion for reconsideration [D.E. 17] lacks merit and is DENIED.

SO ORDERED. This 28 day of December 2016.

JAMES C. DEVER III
Chief United States District Judge